1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; ATLANTIC RECORDING
7  CORPORATION; ZOMBA RECORDING LLC; UMG
   RECORDINGS, INC.; SONY BMG MUSIC
8  ENTERTAINMENT; and ARISTA RECORDS LLC
9

E-filing

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>　　　　　Plaintiffs,<br>　　v.<br><br>JOHN DOE,<br>　　　　　Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Certification of Interested Entities or Persons
Case No.
#36428 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6    Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG
7 MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly
8 traded, and Sony Corporation, which is publicly traded in the United States.
9    Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
10 Warner Music Group Corp., which is publicly traded in the U.S.
11    Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC
12 ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter
13 of which is publicly traded in the United States.
14    Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
15 publicly held French company.
16    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
17 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
18 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
19 latter of which is publicly traded in the United States.
20    Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a
21 New York general partnership, which is not publicly traded.

Dated: March 27, 2008

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
LAFACE RECORDS LLC; ATLANTIC
RECORDING CORPORATION; ZOMBA
RECORDING LLC; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT; and
ARISTA RECORDS LLC

1