1  Matthew Franklin Jaksa (SBN 24872)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105
   Tel: (415) 268-2000/Fax: (415) 268-1999
4  Email: matt.jaksa@hro.com
5
   Attorneys for Plaintiffs
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFACE RECORDS, et al., | No. C 08-01676 (JCS) |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| JOHN DOE, Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 10, 2008

Signature: _/s/_

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")