1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; ATLANTIC RECORDING
7  CORPORATION; ZOMBA RECORDING LLC; UMG
   RECORDINGS, INC.; SONY BMG MUSIC
8  ENTERTAINMENT; and ARISTA RECORDS LLC

9

10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12

13 | LAFACE RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | CASE NO. C 08-01676-SC
   |   | [PROPOSED] **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

                 Plaintiffs,

       v.

   JOHN DOE,
                 Defendant.

1

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No. C 08-01676-SC
#36431 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on California State University,
4   Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

14  Dated: 4/21/08                    By: _____
15                                         United States District Judge