Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ATLANTIC RECORDING CORPORATION; ZOMBA RECORDING LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br>　　　　　Plaintiffs,<br>　v.<br><br>JOHN DOE,<br>　　　　　Defendant. | CASE NO. 3:08-CV-01676-SC<br><br>**Honorable Samuel Conti**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
CASE NO. 3:08-CV-01676-SC
#38258 V1

1    Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs LAFACE RECORDS LLC, et al., by
2 and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3 against Defendant John Doe, also identified as ID # 147059204 with IP address 207.62.146.226
4 2007-11-05 23:56:09 EST, each party to bear its/her own fees and costs.  The Clerk of Court is
5 respectfully requested to close this case.

7 Dated:  June 16, 2008                              HOLME ROBERTS & OWEN LLP

9                                                    By: _____ */s/ Dawniell Alise Zavala*___
                                                         DAWNIELL ALISE ZAVALA
                                                         Attorney for Plaintiffs
                                                         LAFACE RECORDS LLC; ATLANTIC
                                                         RECORDING CORPORATION;
                                                         ZOMBA RECORDING LLC; UMG
                                                         RECORDINGS, INC.; SONY BMG
                                                         MUSIC ENTERTAINMENT; and
                                                         ARISTA RECORDS LLC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
CASE NO. 3:08-CV-01676-SC
#38258 V1