Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:        dawniell.zavala@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; ATLANTIC RECORDING
CORPORATION; ZOMBA RECORDING LLC; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, | CASE NO. 3:08-CV-01676-SC <br><br> **Honorable Samuel Conti** <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | |
| JOHN DOE, | |
| Defendant. | |

1    Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs LAFACE RECORDS LLC, et al., by

2 and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim

3 against Defendant John Doe, also identified as ID # 147059204 with IP address 207.62.146.226

4 2007-11-05 23:56:09 EST, each party to bear its/her own fees and costs.  The Clerk of Court is

5 respectfully requested to close this case.

6

7 Dated:  June 16, 2008                               HOLME ROBERTS & OWEN LLP

8

9                                                     By:  _____/s/ Dawniell Alise Zavala___

10                                 DAWNIELL ALISE ZAVALA
                                                      Attorney for Plaintiffs
11                                                    LAFACE RECORDS LLC; ATLANTIC
                                                      RECORDING CORPORATION;
12                                                    ZOMBA RECORDING LLC; UMG
                                                      RECORDINGS, INC.; SONY BMG
13                                                    MUSIC ENTERTAINMENT; and
                                                      ARISTA RECORDS LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
CASE NO. 3:08-CV-01676-SC
#38258 V1